

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name: Richard Contreras, Sr. v. The State of Texas

Appellate case number: 01-14-00758-CR

Trial court case number: 1401233

Trial court: 230th District Court of Harris County

      We are in receipt of a reporter's record of an abatement hearing held on March 26, 2015, indicating Michael Driver will remain as counsel for appellant, and that the trial court ordered Driver to file a brief on behalf of appellant by April 24, 2015. We reinstate this appeal on our active docket and **ORDER** appellant's brief due on April 24, 2015. Due to the age of this appeal no extensions of this deadline will be considered.

      It is so ORDERED.

Judge's signature: /s/ Harvey Brown
              ☑ Acting individually    ☐ Acting for the Court


Date: April 16, 2015